USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __07/27/2018__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:

AXA EQUITABLE LIFE INSURANCE COMPANY
COI LITIGATION

*This Document Relates To This Action And All Related*
*Actions*

No. 16 Civ. 0740 (JMF)

No. 17 Civ. 4767 (JMF) [rel. 740]

No. 17 Civ. 4803 (JMF) [rel. 740]

No. 17 Civ. 9355 (JMF) [rel. 740]

No. 18 Civ. 2111 (JMF) [rel. 740]

<u>**STIPULATION AND ORDER GOVERNING EXPERT DISCOVERY**</u>

Plaintiffs[1] and Defendant AXA Equitable Life Insurance Company (each a "<u>Party</u>";

collectively, the "<u>Parties</u>") in the above-captioned related actions (the "<u>Actions</u>") hereby stipulate

and agree, through their undersigned counsel, subject to the approval of the Court, that the

following provisions shall govern discovery in connection with testifying expert witnesses in this

action:

1. The scope of discovery relating to and examination (at depositions or at trial) of testifying

   expert witnesses in this action shall exclude:

   a. Draft reports, draft studies, draft affidavits, or draft declarations;

   b. Draft work papers; preliminary or intermediate calculations, computations,

      estimates, analysis, or data runs; or other preliminary, intermediate, or draft

      materials prepared by, for, or at the direction of, an expert witness, regardless of

      the form in which they are recorded, unless the expert relies on any of the

      foregoing in forming his or her opinions in this matter;

---

[1] "Plaintiffs" refers to Brach Family Foundation, Inc.; EFG Bank AG, Cayman Branch; Wells Fargo Bank, N.A.;
DLP Master Trust; DLP Master Trust II; DLP Master Trust III; GWG DLP Master Trust; Greenwich Settlements
Master Trust; Life Funding Trust; PF Participation Funding Trust; Palm Beach Settlement Company; The Duffy

c.  any oral, written, or other communication between an expert witness and his or her assistants and/or clerical or support staff, other expert witnesses, non-testifying expert consultants, the Party offering the testimony of such expert witness (or any Party sharing a common interest with the Party offering the testimony of such expert witness), or attorneys or other agents of the Party offering the testimony of such expert witness (or any Party sharing a common interest with the Party offering the testimony of such expert witness), regardless of the form of the communication, unless the expert witness relies upon such communication in forming his or her opinions in this matter;

d.  any notes or other writings prepared by or for an expert witness in connection with this matter, including, but not limited to, correspondence or memoranda to or from, and notes of any conversations with, the expert witness's assistants and/or clerical or support staff, other expert witnesses, non-testifying expert consultants, the Party offering the testimony of such expert witness (or any Party sharing a common interest with the Party offering the testimony of such expert witness), or attorneys or other agents of the Party offering the testimony of such expert witness (or any Party sharing a common interest with the Party offering the testimony of such expert witness), unless the expert witness relies upon such material in forming his or her opinions in this matter; and

e.  materials or information that may have been reviewed or considered, but not relied upon by the expert witness.

---

2004 LLC; The Tull 2006, LLC; LSH CO; LSH CO II; Croft Irrevocable Trust; the Currie Children Trust; Malcom Currie, and any other plaintiffs in any of the above-referenced related actions.

2.  The Parties further agree that the provision of any materials to an expert witness and/or the expert witness's assistants and/or clerical or support staff shall not constitute a waiver of the attorney client privilege, attorney work product protection, or any other privilege or protection.

3.  Nothing herein shall be construed to expand the permissible scope of discovery, including the scope of discovery related to non-testifying experts or consultants, under Federal Rule of Civil Procedure 26(b).  For the avoidance of doubt, except as provided in Paragraph 1 above, the Parties agree that there shall be no disclosure of any materials prepared by or for non-testifying experts or consultants in anticipation of litigation or preparation for trial.

4.  Neither the terms of the paragraphs herein nor the Parties' agreement to them implies that any of the information restricted from discovery through this Stipulation and Order would otherwise be discoverable.

5.  Nothing herein shall preclude the Parties from requesting from each other discovery that is not covered in this Stipulation and Order and that is otherwise discoverable under the Federal Rules of Civil Procedure or the Local Civil Rules of the United States District Court for the Southern District of New York.

6.  Nothing herein shall limit or waive any Party's rights to object for any reason to the admission into evidence, in full or in part, of any opposing Party's expert report or proposed expert testimony or to the qualifications of any person to serve as an expert witness.

7.  Nothing herein shall limit or waive any Party's rights to object for any reason to the appropriateness, use, or admission of any expert declaration or affidavit filed by an

opposing Party or to the qualifications of any person submitting such a declaration or affidavit.

8.  Nothing herein shall be deemed to waive any applicable privilege or any objection to expert-related discovery not addressed herein.

SO STIPULATED AND AGREED:

Dated: July 24, 2018                          Dated: July ___, 2018

_____             _____

SUSMAN GODFREY LLP                            MILBANK, TWEED, HADLEY & McCLOY
                                              LLP
Seth D. Ard (sard@susmangodfrey.com)
Mark P. Musico (mmusico@susmangodfrey.com)    David R. Gelfand (dgelfand@milbank.com)
1301 Avenue of the Americas, 32nd Floor       Stacey J. Rappaport (srappaport@milbank.com)
New York, NY 10019-6023                       Robert C. Hora  (rhora@milbank.com)
(212) 336-8330                                28 Liberty Street
                                              New York, NY 10005
Steven G. Sklaver (ssklaver@susmangodfrey.com)  (212) 530-5000
Rohit D. Nath (rnath@susmangodfrey.com)
Glenn Bridgman (gbridgman@susmangodfrey.com)  *Attorneys for Defendant AXA Equitable Life*
1900 Avenue of the Stars, Suite 1400          *Insurance Company and Third-Party Milliman,*
Los Angeles, CA 90067                         *Inc.*
(310) 789-3100

*Interim Class Counsel*

5

SO STIPULATED AND AGREED:

Dated: July ___, 2018

_____

SUSMAN GODFREY LLP

Seth D. Ard (sard@susmangodfrey.com)
Mark P. Musico (mmusico@susmangodfrey.com)
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019-6023
(212) 336-8330

Steven G. Sklaver (ssklaver@susmangodfrey.com)
Rohit D. Nath (rnath@susmangodfrey.com)
Glenn Bridgman (gbridgman@susmangodfrey.com)
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
(310) 789-3100

*Interim Class Counsel*

Dated: July 25, 2018

*Robert C. Nu*
_____

MILBANK, TWEED, HADLEY & McCLOY
LLP

David R. Gelfand (dgelfand@milbank.com)
Stacey J. Rappaport (srappaport@milbank.com)
Robert C. Hora   (rhora@milbank.com)
28 Liberty Street
New York, NY 10005
(212) 530-5000

*Attorneys for Defendant AXA Equitable Life
Insurance Company and Third-Party Milliman,
Inc.*

5

Dated: July 24, 2018

Dated: July ___, 2018

ORRICK, HERRINGTON & SUTCLIFFE LLP

ARENT FOX LLP

Khai LeQuang (klequang@orrick.com)
Darren S. Teshima (dteshima@orrick.com)
Ric Fukushima (rfukushima@orrick.com)
2050 Main Street, Suite 1100
Irvine, CA  92614
(949) 567-6700

Peter A. Bicks (pbicks@orrick.com)
51 West 52nd Street
New York, NY  10019
(212) 506-3742

*Attorneys for Plaintiffs EFG Bank AG, Cayman
Branch; Wells Fargo Bank, National
Association, as securities intermediary for EFG
Bank AG; DLP Master Trust; DLP Master
Trust II; DLP Master Trust III; GWG DLP
Master Trust; Greenwich Settlements Master
Trust; Life Funding Trust; PF Participating
Funding Trust; and Palm Beach Settlement
Company*

Michael S. Cryan (cryan.michael@arentfox.com)
Julius A. Rousseau, III (rosseau.jule@arentfox.com)
1675 Broadway
New York, NY  20019
(212) 484-3900

Franjo M. Dolenac (franjo.dolenac@arentfox.com)
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013
(213) 629-7400

*Attorneys for Plaintiffs The Duffy 2004 LLC and The
Tull 2006 LLC*

Dated:  July ___, 2018

_____

ORRICK, HERRINGTON & SUTCLIFFE LLP

Khai LeQuang (klequang@orrick.com)
Darren S. Teshima (dteshima@orrick.com)
Ric Fukushima (rfukushima@orrick.com)
2050 Main Street, Suite 1100
Irvine, CA  92614
(949) 567-6700

Peter A. Bicks (pbicks@orrick.com)
51 West 52nd Street
New York, NY  10019
(212) 506-3742

*Attorneys for Plaintiffs EFG Bank AG, Cayman
Branch; Wells Fargo Bank, National
Association, as securities intermediary for EFG
Bank AG; DLP Master Trust; DLP Master
Trust II; DLP Master Trust III; GWG DLP
Master Trust; Greenwich Settlements Master
Trust; Life Funding Trust; PF Participating
Funding Trust; and Palm Beach Settlement
Company*

Dated:  July 25, 2018

_____

ARENT FOX LLP

Michael S. Cryan (cryan.michael@arentfox.com)
Julius A. Rousseau, III (rosseau.jule@arentfox.com)
1675 Broadway
New York, NY  20019
(212) 484-3900

Franjo M. Dolenac (franjo.dolenac@arentfox.com)
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013
(213) 629-7400

*Attorneys for Plaintiffs The Duffy 2004 LLC and The
Tull 2006 LLC*

Dated:  July 25, 2018

_____

SURRANO LAW OFFICES

John Wilborn (jnw@surranolawfirm.com)
7114 E. Stetson, Suite 300
Scottsdale, AZ 85251
(602) 264-1077

*Attorneys for James M. Croft and Daniel E. Croft,*
*Trustees of the Croft Irrevocable Trust*

Dated:  July ___, 2018

_____

HOLWELL SHUSTER & GOLDBERG LLP

Daniel P. Goldberg (dgolberg@hsgllp.com)
Dorit Ungar Black (dblack@hsgllp.com)
Jayme Jonat (jjonat@hsgllp.com)
750 Seventh Avenue, 26th Floor
New York, NY 10019
(646) 537-5151

*Attorneys for LSH CO, LSH II CO, and Wells*
*Fargo Bank, National Association, as securities*
*intermediary*

Dated:  July ___, 2018

_____

SURRANO LAW OFFICES

John Wilborn (jnw@surranolawfirm.com)
7114 E. Stetson, Suite 300
Scottsdale, AZ 85251
(602) 264-1077

*Attorneys for James M. Croft and Daniel E. Croft,*
*Trustees of the Croft Irrevocable Trust*

Dated:  July 25, 2018

*D. Black*
_____

HOLWELL SHUSTER & GOLDBERG LLP

Daniel P. Goldberg (dgolberg@hsgllp.com)
Dorit Ungar Black (dblack@hsgllp.com)
Jayme Jonat (jjonat@hsgllp.com)
750 Seventh Avenue, 26th Floor
New York, NY 10019
(646) 537-5151

*Attorneys for LSH CO, LSH II CO, and Wells*
*Fargo Bank, National Association, as securities*
*intermediary*

7

SO ORDERED.

Dated: July 26, 2018
     New York, New York

                                 JESSE M. FURMAN
                        United States District Judge

The Order is adopted subject to the parties' understanding put on the record
at the conference held earlier today.

8