

March 19, 2021

**VIA ECF**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> The Application is GRANTED. All documents filed in connection with the motion -- including those filed by the method as laid out below -- will be considered judicial documents. Accordingly, they will be subject to a presumption in favor of public access, even if they do not appear on the docket itself. The Clerk of Court is directed to terminate ECF No. 489. SO ORDERED.
>
> *[signature]*
>
> March 22, 2021

Orrick, Herrington & Sutcliffe LLP
2050 Main Street
Suite 1100
Irvine, CA 92614-8255

+1 949 567 6700
orrick.com

Khai LeQuang
E  klequang@orrick.com
D  +1 949 852 7708
F  +1 949 567 6710

Re: *In re: AXA Equitable Life Insurance Co. COI Litigation*

[This document relates to *EFG Bank AG, Cayman Branch, et al. v. AXA Equitable Life Ins. Co.,* No. 17-CV-4767 (JMF), *The Duffy 2004 LLC, et al. v. AXA Equitable Life Ins. Co.,* No. 17-CV-4803 (JMF), *Croft, et al. v. AXA Equitable Life Ins. Co.,* No. 17-CV-9355 (JMF), *LSH CO, et al. v. AXA Equitable Life Ins. Co.,* No. 18-CV-2111 (JMF), *and Eunice Peterson Family P'ship, LLLP, et al. v. AXA Equitable Life Ins. Co.,* No. 18-CV-10730 (JMF)]

Dear Judge Furman:

    We represent the plaintiffs ("EFG Plaintiffs") in the Individual Related Action, *EFG Bank AG, Cayman Branch, et al. v. AXA Equitable Life Ins. Co.,* No. 17-CV-4767 (JMF). We are writing on behalf of the EFG Plaintiffs and plaintiffs in the Individual Related Actions 17-cv-4803 ("Duffy Plaintiffs"), 17-cv-9355 ("Croft Plaintiffs"), 18-cv-10730 ("Peterson Plaintiffs"), and 18-cv-2111 ("LSH Plaintiffs") (collectively, the "Opt-Out Plaintiffs"), concerning the Opt-Out Plaintiffs' Consolidated Opposition to AXA' Motion for Summary Judgement and Cross-Motion for Summary Judgment to be filed on Monday, March 22, 2021.

    Opt-Out Plaintiffs anticipate filing large Excel spreadsheets which would be cumbersome and impractical to read if submitted as PDF files via ECF. Accordingly, Opt-Out Plaintiffs respectfully request permission to: (1) transmit to the Court those Excel spreadsheets via FTP site (copying opposing counsel), and (2) file slip sheets via ECF for all such Excel spreadsheets transmitted via FTP. The Court granted a similar request for submission of certain documents by FTP site made by AXA. *See* Order, entered Jan. 19, 2021, in Case No. 16-cv-740 at DKT No. 455.

    As always, we are available if the Court would like to discuss this or any other matter.

Respectfully Submitted,

/s/  Khai LeQuang

Khai LeQuang

cc:    All Counsel of Record in the Related Actions (via ECF)