IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY COI LITIGATION<br><br>*This Document Relates to All Related Actions* | No. 16 Civ. 740 (JMF)<br>No. 17 Civ. 4767 (JMF)<br>No. 17 Civ. 4803 (JMF)<br>No. 17 Civ. 9355 (JMF)<br>No. 18 Civ. 2111 (JMF)<br>No. 18 Civ. 10730 (JMF) |

**MOTION AND [PROPOSED] ORDER FOR JERRY MARKS, ANDREA HOOD, AND ELENA KILBERG TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that, upon the annexed declaration of Robert C. Hora, and subject to the approval of the Court, Jerry Marks, Elena Kilberg and Andrea Hood, hereby withdraw as counsel for Defendant AXA Equitable Life Insurance Company ("Equitable"). Mr. Marks, Ms. Kilberg and Ms. Hood and are no longer associated with Milbank LLP.  Equitable's counsel requests that Ms. Kilberg, Mr. Marks and Ms. Hood be removed from the case docket and CM/ECF notification for filings in the case. All other counsel of record for Equitable will remain the same.

//

//

//

//

//

Dated: March 14, 2022

/s/ Robert C. Hora
Robert C. Hora
MILBANK LLP
55 Hudson Yards
New York, New York 10005
Telephone: 212-530-5170
Fax: 212-822-5520
Email: rhora@milbank.com

*Attorneys for Defendant Equitable Life Insurance Company*

**SO ORDERED.**

DATED: March 15, 2022

The Honorable Jesse M. Furman
United States District Judge