IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY COI LITIGATION<br><br>*This Document Relates to All Related Actions* | No. 16 Civ. 740 (JMF)<br>No. 17 Civ. 4767 (JMF)<br>No. 17 Civ. 4803 (JMF)<br>No. 18 Civ. 2111 (JMF) |

**MOTION ~~AND [PROPOSED] ORDER~~ FOR
ANTONIA APPS TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that, upon the annexed declaration of Robert C. Hora, and subject to the approval of the Court, Defendant AXA Equitable Life Insurance Company ("Equitable") and its counsel Milbank LLP moves to withdraw Antonia Apps as counsel for Equitable. Ms. Apps is no longer associated with Milbank LLP. Equitable and its counsel requests that Ms. Apps be removed from the case docket and CM/ECF notification for filings in the case. All other counsel of record for Equitable will remain the same.

//

//

//

//

//

Application GRANTED. The Clerk of Court is directed to terminate Antonia Apps as counsel and to terminate ECF No. 662.

SO ORDERED

*[signature]*

January 5, 2023

Dated: January 4, 2023

/s/ Robert C. Hora
Robert C. Hora
MILBANK LLP
55 Hudson Yards
New York, New York 10005
Telephone: 212-530-5170
Fax: 212-822-5520
Email: rhora@milbank.com

*Attorneys for Defendant Equitable Life Insurance Company*

**SO ORDERED.**

DATED: _____

_____
The Honorable Jesse M. Furman
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY COI LITIGATION<br><br>*This Document Relates to All Related Actions* | No. 16 Civ. 740 (JMF)<br>No. 17 Civ. 4767 (JMF)<br>No. 17 Civ. 4803 (JMF)<br>No. 18 Civ. 2111 (JMF) |

## **DECLARATION OF ROBERT C. HORA**

Robert C. Hora, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a Partner at the law firm Milbank LLP, counsel for Defendants in the above-captioned action. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that Antonia Apps is withdrawing as counsel for Defendants because she is no longer associated with Milbank LLP.

2. I and other attorneys of record with Milbank LLP in the above-captioned action will continue to represent Defendants in this action.

3. Ms. Apps withdrawal will not delay the matter or prejudice any party.

4. Ms. Apps is not asserting a retaining or charging lien.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 4, 2023
New York, New York

*/s/ Robert Hora*
Robert Hora