UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                              :
IN RE:                                                        :
                                                              :        17-CV-4767 (JMF)
AXA EQUITABLE LIFE INSURANCE COMPANY        :        17-CV-4803 (JMF)
COI LITIGATION                                               :        18-CV-2111 (JMF)
                                                              :
*This Document Relates to:*                               :              ORDER
*17-CV-4767, 17-CV-4803, and 18-CV-2111*        :
                                                              :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the conference held earlier today:

- In light of ongoing efforts to consummate the settlement in 18-CV-2111, the LSH Plaintiffs' deadline to serve summary exhibits pursuant to Federal Rule of Evidence 1006 is hereby extended to **October 13, 2023**. The original deadline remains in effect for all other parties. In addition, all other dates and deadlines in the Court's March 3, 2023 Scheduling Order, ECF No. 676, remain in effect.

- In light of the settlement in 18-CV-2111, Defendant's third, fourth, fifth, and sixth motions *in limine* are hereby DENIED as moot. *See* ECF No. 312. No later than **October 10, 2023**, the parties in the two remaining cases shall file a joint letter informing the Court of their respective positions on whether or how the settlement impacts Defendant's second motion *in limine* to prelude Plaintiffs from offering evidence and argument concerning self-support testing requirements for in-force illustrations. *See id.*

- The parties in the remaining two cases shall file a revised joint pretrial order no later than **October 16, 2023**.

SO ORDERED.

Dated: October 5, 2023
       New York, New York                          _____
                                                              JESSE M. FURMAN
                                                              United States District Judge