UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
          :
EFG BANK AG, CAYMAN BRANCH et al.,      :
          :
        Plaintiffs,      :
          :    17-CV-4767 (JMF)
    -v-      :
          :
AXA EQUITABLE LIFE INSURANCE CO.,      :
          :
        Defendant.      :
          :
-------------------------------------------------------------------------  :
          :
THE DUFFY 2004 LLC et al.,      :
          :
        Plaintiffs,      :
          :
    -v-      :    17-CV-4803 (JMF)
          :
AXA EQUITABLE LIFE INSURANCE CO.,      :
          :    <u>ORDER</u>
        Defendant.      :
          :
------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

    The Court has received and reviewed the request for electronic devices submitted by counsel for Defendant and believes the request is grossly excessive. Mindful of what the Court already approved for the EFG Plaintiffs, the Court is prepared to allow the following:

- <u>One</u> laptop and <u>one</u> cellphone (along with appropriate charging cables) for up to <u>seven</u> attorneys and/or paralegals.

- Two laptops and the other equipment requested for up to two Tech Specialists.

    Counsel for Defendant should conform its requested order to the above and resubmit it to the Court for its signature. Counsel for the Duffy Plaintiffs should submit a new, separate

proposed order as well.  The authorization dates on the proposed orders should include both the final pretrial conference date and the trial dates.  As noted, the Court has already granted a request submitted by counsel for the EFG Plaintiffs consistent with the above.

The Court emphasizes that **all electronic devices must be muted throughout trial; failure to do so may result in confiscation of the device or termination of the Court's authorization.**  Further, use of electronic devices in the Courtroom is limited to trial-related purposes.

SO ORDERED.

Dated: October 23, 2023
      New York, New York

                                        JESSE M. FURMAN
                              United States District Judge