UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EFG BANK AG, CAYMAN BRANCH; WELLS FARGO BANK, NATIONAL ASSOCIATION, as securities intermediary for EFG BANK AG, CAYMAN BRANCH; DLP MASTER TRUST; DLP MASTER TRUST II; DLP MASTER TRUST III; GWG DLP MASTER TRUST; GREENWICH SETTLEMENTS MASTER TRUST; LIFE FUNDING TRUST; PF PARTICIPATION FUNDING TRUST; AND PALM BEACH SETTLEMENT COMPANY,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　　-vs.-<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>　　　　　　　　　　Defendant. | Case No.: 1:17-cv-04767 (JMF) |

## STIPULATION OF DISMISSAL

　　In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate and agree to the voluntary dismissal with prejudice of the above-captioned action and all claims and defenses asserted therein, without costs as to any Party.

Dated:　　October 29, 2023
　　　　　　New York, New York

| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP | MILBANK LLP |
| By: /s/ Khai LeQuang | By: /s/ Scott A. Edelman |
| Khai LeQuang<br>Richard W. Krebs | Scott A. Edelman<br>David R. Gelfand<br>Robert C. Hora |
| klequang@orrick.com<br>rkrebs@orrick.com | sedelman@milbank.com<br>dgelfand@milbank.com<br>rhora@milbank.com |
| 2050 Main Street, Suite 1100<br>Irvine, CA 92614<br>949-567-6700 | 55 Hudson Yards<br>New York, NY 10001<br>212-530-5000 |
| *Attorneys for Plaintiffs EFG Bank AG, Cayman Branch, Wells Fargo Bank, National Association, as securities intermediary for EFG Bank AG, Cayman Branch, DLP Master Trust, DLP Master Trust II, DLP Master Trust III, GWG DLP Master Trust, Greenwich Settlements Master Trust, Life Funding Trust, PF Participation Funding Trust, and Palm Beach Settlement Company* | *Attorneys for Defendant AXA Equitable Life Insurance Company* |

Any pending motions are moot. All conferences and the upcoming trial are canceled. The Clerk of Court is directed to close the case.

SO ORDERED.

/s/ Jesse M. Furman

October 29, 2023